UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                          Case No. 11-cr-78 (JNE/JFD)
                                                            ORDER

Yonibel Bustos-Valle (3) and
Juan Manuel Charollamora (4),

      Defendants.

The United States moved to "dismiss this case without prejudice as to both above-referenced defendants."  The Court grants the motion [Docket No. 483].  *See* Fed. R. Crim. P. 48(a); *United States v. Bernard*, 42 F.4th 905, 909 (8th Cir. 2022).  As to Defendants Yonibel Bustos-Valle and Juan Manuel Charollamora, the Indictment is DISMISSED WITHOUT PREJUDICE.

      IT IS SO ORDERED.

Dated: August 12, 2026

                                     s/Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge